United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM JONES MILLER PROTECTION TRUST, *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00060 |
| | § | |
| OSCAR RIVERA, *et al.*, | § | |
| | § | |
| Defendants. | | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Order and Memorandum and Recommendation ("M&R"). (D.E. 81). The M&R recommends that the Court:

- **DENY as moot** Plaintiffs' motion for preliminary injunction, (D.E. 49);
- **DENY** Plaintiffs' motion for declaratory relief, (D.E. 53);
- **DISMISS without prejudice** Plaintiffs' claims for injunctive and declaratory relief for lack of subject matter jurisdiction;
- **GRANT in part** Defendants' motion to dismiss regarding any claims for injunctive and declaratory relief, (D.E. 56);
- **STAY** Plaintiffs' claims for monetary relief; and,
- Administratively **CLOSE** this case.

(D.E. 81, p. 1, 14).

Having previously authorized district courts to expeditiously adopt a magistrate judge's recommendation, *McGill v. Goff*, 17 F.3d 729, 731–32 (5th Cir. 1994) (permitting a district court to adopt a magistrate's recommendation one day after receiving it and before objections were filed), the Fifth Circuit has also authorized district courts to adopt a magistrate judge's recommendation without providing detailed analysis. *See Habets v. Waste Mgmt., Inc.*, 363 F.3d 378, 382 (5th Cir. 2004) (affirming a district court's two-sentence order adopting a magistrate's recommendation for summary judgment).

Specifically, the Fifth Circuit stated that "because the magistrate here made only legal findings on a summary judgment motion, the district court was permitted to issue an abbreviated order adopting [the recommendation]." *Habets*, 363 F.3d at 382. The Court finds that the principles animating the Fifth Circuit's decision apply with equal force here: (1) "the record was available to the district court a full 20 days before the court issued its order"; (2) "the magistrate here made no involved findings of fact . . ."; (3) "the magistrate here provided a thorough analysis to support its recommendation"; and (4) "the district court had a complete record of the magistrate's proceedings." *See id.* (citations omitted). Here, the full record is available to the Court, the magistrate judge made no involved findings of fact, the magistrate judge provided a thorough analysis to support her recommendation, *see* (D.E. 81), and the Court has the complete record of the magistrate judge's proceedings.

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 81). Accordingly, the Court:

- **DENIES as moot** Plaintiffs' motion for preliminary injunction, (D.E. 49);
- **DENIES** Plaintiffs' motion for declaratory relief, (D.E. 53);
- **DISMISSES without prejudice** Plaintiffs' claims for injunctive and declaratory relief for lack of subject matter jurisdiction;
- **GRANTS in part** Defendants' motion to dismiss regarding any claims for injunctive and declaratory relief, (D.E. 56);
- **STAYS** Plaintiffs' claims for monetary relief;
- **DIRECTS** the Clerk of Court to administratively **CLOSE** this case; and,
- **INSTRUCTS** that, if necessary and upon request, this case may be reopened at the conclusion of the underlying state proceedings.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
August 6th, 2026